UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNIE C. RAY,

        Plaintiff,        CIVIL ACTION NO. 06-11694
                               HON. JOHN CORBETT O'MEARA

v.

CREDIT UNION ONE, et al.,

        Defendants.

_____/

ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S
REPORT AND RECOMMENDATION

    The Court having reviewed Magistrate Judge Majzoub's Report and Recommendation, filed December 12, 2006, as well as any objections thereto filed by the parties, and being fully advised in the premises;

    IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court in its entirety.

                                              s/John Corbett O'Meara
                                              United States District Judge

Dated: February 14, 2007

Certificate of Service

    I hereby certify that a copy of this order was served upon the parties of record on February 14, 2007, electronically or by U.S. Mail.

                                              s/William Barkholz
                                              Case Manager